ACCEPTED
06-16-00110-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/9/2016 3:27:29 PM
DEBBIE AUTREY
CLERK

NO. 06-16-00110-CR

TRIAL NO. 2013-C-0310

| | | |
|---|---|---|
| LEWIS LAVON JONES | § | IN THE COURT OF APPEALS |
| VS. | § | 6TH APPELLATE DISTRICT |
| STATE OF TEXAS | § | STATE OF TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/9/2016 3:27:29 PM
DEBBIE AUTREY
Clerk

## APPELLANT'S COUNSEL'S MOTION TO WITHDRAW

Appellant's counsel, pursuant to *Anders v. California*, 386 U.S. 738 (1967), asks this Court to permit him to withdraw from representation of Lewis Lavon Jones in the above referenced matter. This motion is based on the following grounds:

### A. Introduction

1. Appellant was convicted by a jury of the second degree felony offense of Indecency with a Child by Sexual Contact in the Panola County Court at Law. The trial court sentenced Appellant to 15 years in the Texas Department of Criminal Justice- Institutional Division.

2. Attorney Kyle Dansby was appointed by the trial court as appellate attorney on June 14, 2016.

3. In this appeal, appellate counsel is unable to advance any error wanting a reversal of the sentence or any other form of relief for Appellant. Therefore, pursuant to *Anders v. California*, he files this Appellant's Counsel's Motion to Withdraw in support of motion to withdraw asking this Court to allow him to withdraw from his representation of Appellant in this matter.

### B. Grounds

4. Counsel has thoroughly read and reviewed the entire appellate record in search of any arguable grounds of error to raise which would support either a reversal of the sentence of some other form of relief. After performing due diligence and researching the potential grounds for appeal, appellate counsel is unable to find any error that he, in good faith, can put forth which warrants a reversal of the sentence of any other form of relief. Appellate counsel is aware that he has a duty to present all arguable grounds of error that would afford Appellant a reversal of his conviction of any other form of relief.

### C. Notice of Appellant of Motion

5.     A copy of the *Anders* brief in support of motion to withdraw and corresponding Motion to Withdraw have been forwarded to Appellant. *See* Exhibit A. Appellant has also been advised that he has thirty days to file a pro se response or a motion requesting an extension of time in which to file a response pursuant to *Wilson v. State*, 955 S.W.2d 693 (Tex. App. – Waco, 1997, order), disp on merits, 3 S.W.3d 223 (Tex. App. – Waco 1999, pet ref'd). *See* Exhibit A.

### D. Prayer

WHEREFORE, PREMISES CONSIDERED, for these reasons, Appellant's counsel requests that this Court grant this motion and enter an order withdrawing below signed counsel from representation of Lewis Lavon Jones in the above referenced matter and for any such relief that he may be entitled.

Respectfully Submitted

BY: _Kyle Dansby_

Kyle Dansby
Attorney at Law
P.O. Box 1914
Marshall, TX 75671
(903) 738-6162
(888) 410-1583 (fax)
kdansbylaw@gmail.com
SBN: 24059180

### CERTIFICATE OF SERVICE

I, Kyle Dansby, attorney for Appellant, hereby certify that a true and correct copy of this Motion to Withdraw has been forwarded to the following on the 9th day of September, 2016:

Tim Cariker
Panola County District Attorney's Office
Via email to tim.cariker@co.panola.tx.us
Attorney for State


Terry Bailey: trial judge, County Court at Law, Panola County, Texas
108 S. Sycamore, Room 300
Carthage, TX 75633
Via email to erin.johnson@co.panola.tx.us

Lewis Lavon Jones Appellant
Joe F. Gurney Unit (TDC # 02070360)
1385 FM 3328
Palestine, TX 75803

_____

Kyle Dansby
Attorney for Appellant
SBN: 24059180